ORIGINAL
BTXN 138 (rev. 07/08)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2010 JAN 25 AM 10: 57

DEPUTY CLERK ___

| | | |
|---|---|---|
| In Re:<br>Realty America Group (Lincoln Mall), LP | § | |
| Debtor(s) | § | Case No.:   09−33076−sgj11 |
| Credit Union Liquidity Services, LLC, fka Texans Commercial Capital | §<br>§ | Chapter No.:   11 |
| Plaintiff(s) | § | Adversary No.:   09−03133−sgj |
| vs.<br>Rives E. Castleman  et al. | §<br>§ | Civil Case No.: |
| Defendant(s) | § | |
| Credit Union Liquidity Services, fka Texans Commercial Capital | §<br>§ | **8 − 10CV0130 − M** |
| Plaintiff(s) | § | |
| vs.<br>Ballard Castleman | §<br>§ | |
| Defendant(s) | § | |

## NOTICE OF TRANSMITTAL REGARDING WITHDRAWAL OF REFERENCE

I am transmitting:

☑    Two copies of the Motion to Withdraw Reference (USDC Civil Action No. − DNC Case)
**NOTE**: A Status Conference has been set for January 25, 2010 at 10:00 A.M., in Dallas Courtroom #1 before U.S. Bankruptcy Judge Jernigan . The movant, respondents or other affected parties are required to attend the Status Conference.

☐    Two copies of: _.

**TO ALL ATTORNEYS:** F.R.C.P. 5011(a) A motion for withdrawal of a case or proceeding shall be heard by a district judge, [*implied*] that any responses or related papers be filed likewise.

DATED:  1/25/10

FOR THE COURT:
Tawana C. Marshall, Clerk of Court

by: /s/Sheniqua U. Whitaker, Deputy Clerk

BTXN 116 (rev. 07/08)

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS

## WITHDRAWAL OF REFERENCE SERVICE LIST

### Transmission of the Record

BK Case No.: _09–33076–sgj11_

Adversary No.: _09–03133–sgj_

Received in District Court by: _NT_

Date: _1-25-10_

Volume Number(s): _0_

cc: Stacey G. Jernigan
Anna Saucier
Laura Schultz
Attorney(s) for Appellant
US Trustee

**Plaintiff**   Credit Union Liquidity Services, fka Texans Commercial Capital

Theodore William Daniel
Fulbright & Jaworski, L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
214–855–7173

Toby L. Gerber
Fulbright & Jaworski, LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
214–855–7171

**Defendant**   Ballard Castleman

John A. Sopuch, III
Law Offices of John A. Sopuch III
Commerce Place
1142 King Street
Christiansted, St. Croix 00820
(340) 773–4150

Michael Gaubert
Friedman & Feiger, L.L.P.
5301 Spring Valley Road, Suite 200
Dallas, TX 75254
972–788–1400

BTXN 150 (rev. 1/05)

# CIVIL COVER SHEET

RECEIVED
JAN 25 2010
BY____
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

3 - 1 0 C V 0 1 3 0 - M

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**I. (a) PLAINTIFF**
Credit Union Liquidity Services, fka Texans Commercial Capital

**DEFENDANT**

(b) County of Residence of First Listed Party:
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Party: Ballard Castleman
(IN U.S. PLAINTIFF CASES ONLY)

(c) Attorney's (Firm Name, Address, and Telephone Number)
Theodore William Daniel
Fulbright & Jaworski, L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
2148557173
Toby L. Gerber
Fulbright & Jaworski, LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
2148557171

Attorney's (If Known)
John A. Sopuch, III
Law Offices of John A. Sopuch III
Commerce Place
1142 King Street
Christiansted, St. Croix 00820
(340) 7734150
Michael Gaubert
Friedman & Feiger, L.L.P.
5301 Spring Valley Road, Suite 200
Dallas, TX 75254
9727881400

**II. BASIS OF JURISDICTION**

○ 1  U.S. Government Plaintiff

○ 2  U.S. Government Defendant

◉ 3  Federal Question (U.S. Government Not a Party)

○ 4  Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**

| | | | | | |
|---|---|---|---|---|---|
| Citizen of This State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business In This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business In Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

**IV. NATURE OF SUIT**

○ 422 Appeal 28 USC 158    ◉ 423 Withdrawal 28 USC 157    ○ 890 Other Statutory Actions

**V. ORIGIN**

○ 1 Original Proceeding
○ 2 Removed from State Court
○ 3 Remanded from Appellate Court
○ 4 Reinstated or Reopened
○ 5 Transferred from another district
○ 6 Multidistrict Litigation
○ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing **(Do not cite jurisdictional statutes unless diversity):**
28 USC 157

Brief description of cause:
Motion to withdraw reference

**VII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23    DEMAND $    CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY**
Judge:                                          Docket Number:

DATED: 1/25/10

FOR THE COURT:
Tawana C. Marshall, Clerk of Court
by: /s/Sheniqua U. Whitaker, Deputy Clerk